**UNITED STATES DISTRICT COURT FOR THE**
**SOUTHERN DISTRICT OF TEXAS**

**CIVIL No. 4:26CV-3236**

| | |
|---|---|
| **PEDRAZA MORELOS, MIGUEL ANGEL** §<br><br>§<br>Petitioner §<br>§<br>§<br>v. §<br>§<br>§<br>§<br>RANDY TATE, Warden of the Montgomery §<br>Processing Center<br>§<br>§<br>BRET BRANDFORD, Houston Field Officer §<br>Director, Houston, ICE ERO Enforcement §<br>And Removal Operations §<br>§<br>MARKWAYNE MULLIN, in his official capacity§<br>as Secretary of the Department of Homeland §<br>Security; §<br>§<br>§<br>TODD BLANCHE, in his official capacity as §<br>Acting Attorney General of the United States, §<br>§<br>Respondents. §<br>§ | **PETITION FOR**<br>**WRIT OF HABEAS CORPUS**<br>**PURSUANT TO 28 U.S.C §2241** |

**[PROPOSED] ORDER TO SHOW CAUSE**

This matter comes before the Court on Petitioner Miguel Angel Pedraza Morelos's

Petition for Writ of Habeas Corpus pursuant to 28 U.S.C. § 2241, challenging his detention by

U.S. Immigration and Customs Enforcement under 8 U.S.C. § 1225(b).

The Court, having reviewed the Petition, and finding that Petitioner has raised substantial claims warranting a response, hereby ORDERS as follows:

1.      Respondents shall SHOW CAUSE, if any there be, why the relief requested in the Petition should not be granted. Respondents shall file a Response to the Petition within ___days of the date of this Order.

2.      Petitioner may file a Reply within seven (7) days after service of the Response.

3.      Respondents are hereby **ENJOINED AND RESTRAINED** from removing or transferring Petitioner from the territorial jurisdiction of this Court, including but not limited to transfer to any detention facility outside the Southern District of Texas, pending resolution of this habeas corpus petition or further order of this Court.

4.      Respondents shall serve a copy of this Order on Petitioner and his counsel within twenty-four (24) hours of its entry.

5.      The Clerk shall serve a copy of this Order on all counsel of record and on the United States Attorney for the Southern District of Texas.

   **IT IS SO ORDERED.**

SIGNED this _____ day of _____, 2026.

_____
PRESIDING JUDGE