United States District Court
Southern District of Texas

**ENTERED**

June 10, 2026

Nathan Ochsner, Clerk

**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION**

| | | |
|---|---|---|
| Miguel Angel Pedraza Morelos, | § | |
| | § | |
| Petitioner, | § | |
| | § | |
| v. | § | Civil No. 4:26-cv-3236 |
| | § | |
| Randy Tate, *et al.*, | § | |
| | § | |
| Respondents. | § | |

## ORDER ON RESPONSIVE BRIEFING

Before the Court is Miguel Angel Pedraza Morelos's Petition for a Writ of Habeas Corpus under 28 U.S.C. § 2241. Doc. 2. Pursuant to Rule 4 of the Rules Governing Section 2254 Cases in the United States District Courts,[1] the Court ORDERS the following:

1. The Clerk shall deliver a copy of the Petition, Doc. 2, and this Order to the United States Attorney for the Southern District of Texas by electronic mail at USATXS.CivilNotice@usdoj.gov.

2. The proper Respondent shall file an answer or other appropriate responsive pleading addressing the propriety of Petitioner's continued detention within **fourteen (14) days** of the date of service. Respondent shall forward a copy to Petitioner.

3. Whether Respondent elects to submit an answer or a dispositive motion, Petitioner shall file any response within **seven (7) days** of the date reflected on the

---

[1] A district court may apply any or all of the rules governing habeas petitions filed under 28 U.S.C. § 2254 to petitions filed under § 2241. *See* Rule 1(b), Rules Governing § 2254 Cases in the United States District Courts.

certificate of service. Under the Court's local rules, a failure to respond will be considered a representation that Petitioner does not oppose the motion. *See* L. R. 7.4.

4. The Clerk shall provide a copy of this Order to the parties.

**SO ORDERED.**

**SIGNED** at Houston, Texas, on the 10th of June, 2026.

_____

Nicholas J. Ganjei
United States District Judge